# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D22-42

———————————————————

ADAMA WURIE f/k/a Adama
Khan,

   Appellant,

   v.

AHMED KHAN,

   Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

September 21, 2022

PER CURIAM.

   AFFIRMED.

ROWE, C.J., and RAY and MAKAR, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Richelle M. Marsico of Marsico Law, Jacksonville, for Appellant.

Adam P. Rowe, David P. Grigaltchik, and Boris Galustov of Grigaltchik & Galustov, P.A., Jacksonville, for Appellee.